1  SEDGWICK LLP
   ANTHONY J. ANSCOMBE (Cal. Bar No.135883)
2  anthony.anscombe@sedgwicklaw.com
   One North Wacker Drive, Suite 4200
3  Chicago, Illinois 60606-2841
   Telephone:    312.641.9050
4  Facsimile:    312.641.9530

5   SEDGWICK LLP
    STEPHANIE SHERIDAN (Bar No.135910)
6   stephanie.sheridan@sedgwicklaw.com
    MEEGAN B. BROOKS (Bar No.298570)
7   meegan.brooks@sedgwicklaw.com
    333 Bush Street, 30th Floor
8   San Francisco, CA  94104-2834
    Telephone:    415.781.7900
9   Facsimile:    415.781.2635

10  Attorneys for Defendant
    VOLKSWAGEN GROUP OF AMERICA, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| ERNESTO VALENCIA, ADELINA DUNCAN, LORENZO SAVAGE, and MICHELE SAVAGE, individually, on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, VOLKSWAGEN AG and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No.:**<br><br><br><br>**DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S NOTICE OF REMOVAL** |

24      TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN

25  DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF

26  RECORDS:

27      PLEASE TAKE NOTICE that Defendant Volkswagen Group of America, Inc.

28  ("VWGoA"), pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446 and 1453, hereby removes the

19921213v1

1    above-captioned action from the Superior Court of California, County of San Mateo to the

2    United States District Court for the Northern District of California.  Removal under the Class

3    Action Fairness Act, 28 U.S.C. § 1332(d) ("CAFA") is proper because there are well over 100

4    proposed class members in the putative class, the matter in controversy exceeds the sum or

5    value of $5,000,000 exclusive of interest and costs, and there is minimal diversity between

6    VWGoA and plaintiffs.

7    **I.       BACKGROUND**

8       **A.  Procedural History**

9          1.      On January 23, 2015, Plaintiffs Ernesto Valencia, Adelina Duncan, Lorenzo

10   Savage and Michele Savage (collectively "Plaintiffs"), purportedly on behalf of themselves and

11   all others similarly situated, filed a civil action in the San Mateo Superior Court entitled

12   *Valencia, et al. v. Volkswagen Group of America, Inc., et al.*, San Mateo County Superior Court,

13   Case No. CIV 532218. (*See* Exhibit 1, which includes the summons, the Complaint and all

14   documents served on VWGoA.)

15         2.      Service of the Complaint was effectuated on VWGoA on January 29, 2015.  (*Id*.)

16   VWGoA has not been served with any other process or pleading, nor is it aware of the filing of

17   any other process or pleading.  To VWGoA's knowledge, the other named defendant in this

18   matter, Volkswagen AG has not been served.

19      **B.  Allegations in the Complaint / Relief Sought**

20         3.      Plaintiffs allege that Volkswagen Routan vehicles, model years 2009 through

21   2012, suffer from a "Braking System Defect", which Plaintiffs allege "cause the brake pads

22   and/or rotors to wear out prematurely and require repair or replacement far more frequently than

23   in a properly functioning braking system." (Complaint ¶4.)    Plaintiffs allege that the Routan

24   breaking system is defective because it "fails to adequately handle the breaking duties required

25   by vehicles of [its] size…thereby leading to abnormal, premature wear." (Complaint ¶4.) They

26   further allege that the alleged defect can cause unsafe driving conditions.  (*Id*.  ¶6.)

27   ///

28   ///

19921213v1

2.

NOTICE OF REMOVAL

1    4.    Plaintiffs allege that as a consequence of the defect, owners "will be required to

2    pay hundreds, if not thousands, of dollars to repair or replace the brake pads, rotors, calipers,

3    and/or other brake-related components." (*Id*. ¶7.)

4    5.    Plaintiffs Ernesto Valencia and Adelina Duncan allege that they purchased a

5    2011 model year Volkswagen Routan on September 24, 2011 from an authorized Volkswagen

6    dealer in Colma, California.  (*Id.* ¶30.)   They allege that that, to date, they have spent

7    approximately $975.00 in repairs relating to the alleged "Braking System Defect." (*Id.*  ¶¶29-

8    41.)

9    6.    Named plaintiffs Lorenzo and Michele Savage allege that they purchased a

10   certified pre-owned 2011 model year Volkswagen Routan on March 7, 2012 from an authorized

11   Volkswagen dealer in Pasadena, California.  (*Id.* ¶42.)  They allege that, to date, they have spent

12   approximately $950.00 in repairs relating to the alleged "Braking System Defect", and that the

13   vehicle is "continuing to experience symptoms of the "Braking System Defect." (*Id.*  ¶¶ 42-52.)

14   7.    The Complaint, which is styled as a class action, alleges the following purported

15   causes of action:

16   a.    Violation of California's Consumer Legal Remedies Act, California Civil Code §

17         1750, et seq. (First Cause of Action) (*Id.* ¶¶119-134);

18   b.    Violation of California Business & Professions Code, § 17200, et seq. (Second

19         Cause of Action) (*Id.* ¶¶135-150);

20   c.    Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act,

21         California Civil Code §§1792 and 1791.1, et seq. (Third Cause of Action) (*Id.* ¶¶

22         151-158);

23   d.    Breach of Implied Warranty under the Magnuson-Moss Warranty Act, 15 U.S.C.

24         § 2301, et seq. (Fourth Cause of Action) (Complaint ¶¶159-170); and

25   e.    Unjust Enrichment (Fifth Cause of Action) (*Id.*  ¶¶171-176).

26   **8.**    Plaintiffs seek relief including, *inter alia*, compensatory, exemplary and statutory

27   damages, plus interest, disgorgement or restitution, and attorneys' fee.  (*Id.* ¶177(a)-(l).)

28   ///

19921213v1

3.

NOTICE OF REMOVAL

**C.  Facts Related to the Number of Class Members**

9.      Plaintiffs allege that there were in excess of 50,000 2009-2012 model year Volkswagen Routan vehicles sold or leased to individuals or businesses in the United States. (*Id.* ¶ 62 and fn. 15 thereto.)

**D.  Class Action Allegations**

10.      Plaintiffs seek to represent the following class and sub-classes:

a.      "Nationwide Class:  All individuals in the United States who purchased or leased any 2009 through 2012 Volkswagen Routan vehicles;

b.      California Sub-Class:  All members of the  Nationwide Class who reside the in state of California;

c.      CLRA Sub-Class:  All members of the California Sub-Class who are 'consumers' within the meaning of California Civil Code § 1761(d);  and

d.      Implied Warranty Sub-Class:  All members of the Nationwide Class who purchased or leased their vehicles in the State of California."

(*Id.* ¶111.)

11.      Nothing in this Notice of Removal should be interpreted as a concession of liability, the appropriateness of class treatment, Plaintiffs' class definition, or the validity of Plaintiffs' claim for relief.

**II.      THE REQUIREMENTS FOR REMOVAL UNDER CAFA ARE SATISFIED**

12.      This Court has original jurisdiction over this action under the Class Action Fairness Act of 2005 ("CAFA"), codified in part at 28 U.S.C. §§ 1332 and 1453. Under CAFA, a district court shall have original jurisdiction over any putative civil class action in which: (1) there are at least 100 members in all proposed plaintiff classes; (2) "the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs"; and (3) "any member of a class of plaintiffs is a citizen of a state different from any defendant."   28 U.S.C. § 1332(d)(2, 5.)  Because this action meets each of CAFA's requirements, it may be removed to federal court. 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the

19921213v1

4.

NOTICE OF REMOVAL

1   defendant.").

2   **A.  The Number of Proposed Class Members Exceeds 100**

3      13.      There are plainly more than 100 putative class members.  Plaintiffs purport to

4   represent "all individuals in the United States who purchased or leased any 2009 through 2012

5   Volkswagen Routan vehicles."  (Complaint at ¶111.)  Plaintiffs allege that there were over

6   50,000 such vehicles sold or leased to individuals or businesses in the United States.  (*Id.* ¶62

7   and fn. 15 thereto.)

8   **B.  The Amount in Controversy Exceeds $5 Million**

9      14.      The amount in controversy exceeds the jurisdictional threshold.  On the face of

10   the Complaint, the amount put into controversy by Plaintiffs' claims for relief exceeds the sum

11   or value of $5,000,000, exclusive of costs and interest.  Plaintiffs' proposed class includes in

12   excess of 50,000 owners and lessees of Volkswagen Routan vehicles.  According to Plaintiffs,

13   each of the prospective class members have been damaged in a similar manner to Plaintiffs,

14   alleging that all putative class members "…have incurred or will incur the cost of repairs or

15   replacing the defective braking system and respective brake components." (*Id.* ¶115.)  Plaintiffs

16   variously allege that the costs incurred for brake repairs run from hundreds to thousands of

17   dollars.  (Complaint ¶7.) Using these numbers, the value of their claim ranges from $5,000,000

18   (50,000 x $100.00 = $5,000,000) to over $50,000,000 (50,000 x $1,000.00 = $50,000,000).

19   Plaintiffs also seek attorneys' fees, which may also be counted in determining whether the

20   amount in controversy is satisfied.  *See, e.g., Guglielmino v. McKee Foods Corp.*, 506 F.3d 696,

21   700 (9th Cir. 2007) (holding amount in controversy includes attorneys' fees).  The amount in

22   controversy therefore clearly exceeds $5,000,000.

23   **C.  There is Minimal Diversity between the Parties**

24      15.      The minimal diversity standard of CAFA is met as long as any one defendant is a

25   citizen of a different state than any of the named plaintiffs.  28 U.S.C. § 1332(d)(2)(A).

26   Plaintiffs and a large number of putative class members are citizens of California.  (Complaint

27   at ¶¶29, 42.)  VWGoA is a citizen of the State of New Jersey, under whose laws it is organized,

28   and the State of Virginia, where it has its principal place of business.  Accordingly, VWGoA is

19921213v1

5.

NOTICE OF REMOVAL

a citizen of New Jersey and Virginia for purposes of diversity. *See Hertz Corp. v. Friend*, 130 S.Ct. 1181, 1186 (2010) (adopting the "nerve center test," which locates a corporation's principal place of business in the place "where the corporation's high level officers direct, control, and coordinate the corporation's activities."). Thus, the action satisfies the diversity requirements of CAFA because Plaintiffs are citizens of a state (California) different from VWGoA (New Jersey and Virginia).

**D.  No CAFA Exceptions Apply**

16.    The action does not fall within any of exclusion to removal jurisdiction recognized by 28 U.S.C. § 1332(d), and Plaintiffs have the burden of proving otherwise. *See Serrano v. 180 Connect, Inc*., 478 F.3d 1018, 1021 (9th Cir. 2007) ("[T]he party seeking remand bears the burden to prove an exception to CAFA's jurisdiction".)

**E.  Timeliness**

17.    This Notice of Removal is timely because it was filed within thirty days of January 29, 2015, the date on which VWGoA was served with the Summons and Complaint. 28 U.S.C. § 1446(b).

**F.  The Other Procedural Requisites for Removal Are Satisfied**

18.    Removal to this judicial district and division is proper under 28 U.S.C. §§ 1441(a), 1446(a), because the Superior Court of the State of California for the County of San Mateo is located within the Northern District of California.

19.    Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons, Complaint, and all other documents served on VWGoA are attached as Exhibit 1.

20.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal and all documents in support thereof are concurrently being filed with the Clerk of the Superior Court for the County of San Mateo and served upon counsel for Plaintiffs. True and correct copies of the Notice to the Plaintiffs and the state court are attached hereto as Exhibit 2.

///

///

///

19921213v1

6.

NOTICE OF REMOVAL

1

**III.   CONCLUSION**

2

  VWGoA respectfully submits that this action is removed properly pursuant to the Class

3

Action Fairness Act.

4

DATED:  February 26, 2015  SEDGWICK LLP

5

              By: /s/ *Anthony J. Anscombe*
              Anthony J. Anscombe

6

              Counsel for Defendant
              Volkswagen Group of America, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19921213v1

7.

NOTICE OF REMOVAL