Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ernesto Valencia, et al.

     Plaintiff(s),

 v.

Volkswagen Group of America, Inc., et al.

     Defendant(s).

Case No: 3:15-cv-00887-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mary E. Buckley, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Volkswagen Group of America, Inc. in the above-entitled action. My local co-counsel in this case is Stephanie Sheridan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Sedgwick LLP<br>1 N. Wacker Dr., Ste. 4200, Chicago, IL 60606 | Sedgwick LLP<br>333 Bush St., 30th Fl., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 641-9050 | (415) 781-7900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mary.buckley@sedgwicklaw.com | stephanie.sheridan@sedgwicklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6275472.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/23/15

             Mary E. Buckley
             APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mary E. Buckley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/27/2015

             */s/ Haywood S. Gilliam Jr.*
             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Mary E Buckley

Northern District of Illinois

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Mary E Buckley was duly admitted to practice in said Court on (12/20/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (03/27/2015 )

Thomas G. Bruton, Clerk,

By: David A. Jozwiak
Deputy Clerk