# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Ernesto Valencia, et al., )
                Plaintiff(s), )
 v. )
Volkswagen Group of America, Inc., )
                Defendant(s). )

Case No: 3:15-cv-00887-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Fred K. Herrmann, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Volkswagen Group of America, Inc. in the above-entitled action. My local co-counsel in this case is R. Scott Brink, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kerr, Russell and Weber, PLC<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226 | Jeffer Mangels Butler & Mitchell, LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-4308 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (313) 961-0200 | (415) 398-8080 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| fherrmann@kerr-russell.com | RSB@jmbm.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P49519.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: December 17, 2015

/s/ Fred K. Herrmann
APPLICANT
Fred K. Herrmann

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Fred K. Herrmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/21/2015

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE
Honorable Haywood S. Gilliam, Jr.

PRO HAC VICE APPLICATION & ORDER

*October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Fred Karl Herrman*

was admitted to the practice of law in the courts of the State of Michigan on

*November 12, 1996*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: November 06, 2015

Clerk