Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs Ernesto Valencia, Adelina Duncan,
Lorenzo Savage, Michele Savage, Margarito de la Rosa, Lenelyn de la Rosa

Fred K. Herrmann
fherrmann@kerr-russell.com
Daniel J. Ferris
fherrmann@kerr-russell.com
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
313-961-0200
Fax: 313-961-0388

Attorneys for Defendant Volkswagen Group of America, Inc.

*[Additional Counsel on Following Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO VALENCIA, ADELINA DUNCAN, LORENZO SAVAGE, MICHELE SAVAGE, MARGARITO DE LA ROSA, AND LENELYN DE LA ROSA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation and VOLKSWAGEN AG,<br><br>　　　　　Defendant. | Case No.: 4:15-cv-00887-HSG<br><br>**CLASS ACTION**<br><br>**JOINT MEDIATION STATUS STATEMENT**<br><br>Date: May 25, 2016<br>Time: 10:00 am<br>Place: Bradley Winters<br>　　　Sher Corwin Winters, LLC<br>　　　190 Carondelet Plaza, Suite 1100<br>　　　St. Louis, MO 93105 |

JEFFER MANGELS BUTLER & MITCHELL LLP
R. SCOTT BRINK (Bar No. 138644), SBrink@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

JEFFER MANGELS BUTLER & MITCHELL LLP
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

| | |
|---|---|
| 1 | Per the Court's Minute Entry [Dkt. No. 53] dated March 9, 2016 the Parties respectfully submit this Joint Mediation Status Report to inform the Court that Mediation has been confirmed for May 25, 2016 at 10:00 a.m. before Bradley Winters of Sher Corwin Winters, LLC, 190 Carondelet Plaza, Suite 1100, St. Louis, MO 93105. |

Dated: April 6, 2016

Respectfully submitted,

Capstone Law APC

By: /s/ Tarek H. Zohdy
Jordan L. Lurie
Robert Friedl
Tarek H. Zohdy
Cody R. Padgett

Attorneys for Plaintiffs
Ernesto Valencia, Adelina Duncan,
Lorenzo Savage, Michele Savage, Margarito de la Rosa, and Lenelyn de la Rosa

Dated: April 6, 2016

By: /s/ Daniel J. Ferris
Fred K. Herrmann
Daniel J. Ferris
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: 313) 961-0388
fherrmann@kerr-russell.com
dferris@kerr-russell.com
Appearance *pro hac vice*

**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2016.

By:/s/ Tarek H. Zohdy
Tarek H. Zohdy
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396