AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Valencia et al
                Plaintiff(s),
V.
Volkswagen Group of America Inc et al
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00887-HSG

Notice is hereby given that, subject to approval by the court, __Volkswagen Group of America__ substitutes
(Party (s) Name)

__Daniel J. Ferris__, State Bar No. __P69633__ as counsel of record in
(Name of New Attorney)

place of __Sedgwick LLP (Anthony Anscombe, Mary Beth Buckley, Stephanie Sheridan, Meegan Brooks)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Kerr, Russell and Weber, PLC
Address: 500 Woodward Avenue, Suite 2500, Detroit, MI 48226
Telephone: (313) 961-0200   Facsimile (313) 961-0388
E-Mail (Optional):

I consent to the above substitution.
Date: March 15, 2016

_In House Counsel, VWGoA_
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/15/16

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/29/2016

_Haywood S. Gilliam Jr._
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]