AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Valencia et al
            Plaintiff (s),

V.

Volkswagen Group of America Inc et al
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00887-HSG

Notice is hereby given that, subject to approval by the court, __Volkswagen Group of America__ substitutes
                                                                                                (Party (s) Name)

__Fred K. Herrmann__, State Bar No. __P49519__ as counsel of record in
(Name of New Attorney)

place of __Sedgwick LLP (Anthony Anscombe, Mary Beth Buckley, Stephanie Sheridan, Meegan Brooks)__.
                                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Kerr, Russell and Weber, PLC
    Address: 500 Woodward Avenue, Suite 2500, Detroit, MI 48226
    Telephone: (313) 961-0200    Facsimile (313) 961-0388
    E-Mail (Optional):

I consent to the above substitution.
Date: March 15, 2016
                                                In House Counsel, VWGOA
                                                (Signature of Party (s))

I consent to being substituted.
Date:
                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/15/16
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/29/2016                              Haywood S. Gill Jr.
                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]