UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO VALENCIA, ADELINA DUNCAN, LORENZO SAVAGE, MICHELE SAVAGE, MARGARITO DE LA ROSA, AND LENELYN DE LA ROSA, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation and VOLKSWAGEN AG,<br><br>    Defendant. | Case No.:  4:15-cv-00887-HSG<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>**ORDER CONTINUING FILING OF DISMISSAL** |

Pursuant to the stipulation of the parties and the Court being advised that the Parties have reached a settlement in principle:

**IT IS HEREBY ORDERED** that the Parties must file their dismissal by November 14, 2016.

DATED:  October 14, 2016

Haywood S. Gilliam Jr.
District Court Judge