UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VALENCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VOLKSWAGEN GROUP OF AMERICA INC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00887-HSG<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 72 |

On November 14, 2016, attorneys for Plaintiffs and attorneys for Defendant Volkswagen Group of America, Inc. filed a joint status statement and request to continue filing of dismissal. Dkt. No. 72.  This afternoon, the Court held a telephonic conference regarding the issues described in the status statement.  The Court hereby ORDERS all individual plaintiffs and their counsel, as well as counsel for Defendant Volkswagen Group of America, Inc., to appear at a telephonic case management conference on November 22, 2016, at 10:00 a.m.  Counsel and Parties shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.  Parties need not file any case management statement prior to the telephonic case management conference.

**IT IS SO ORDERED.**

Dated: 11/16/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge