AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

ERNESTO VALENCIA, et al.
               Plaintiff (s),
V.
VOLKSWAGEN GROUP OF AMERICA, INC.,
               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00887-HSG

Notice is hereby given that, subject to approval by the court, **Plaintiffs Lorenzo Savage and Michelle Savage** substitutes
(Party (s) Name)

**Thomas V. Girardi**, State Bar No. **36603** as counsel of record in
(Name of New Attorney)

place of **Jordan L. Lurie**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Girardi | Keese
    Address: 1126 Wilshire Blvd. Los Angeles, CA 90017
    Telephone: (213) 977-0211     Facsimile (213) 481-1554
    E-Mail (Optional): tgirardi@girardikeese.com

I consent to the above substitution.
Date: 12/6/16
                                  Michelle Savage
                                  (Signature of Party (s))

I consent to being substituted.
Date: 12/8/16
                                  JORDAN LURIE
                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/7/16
                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/9/2016           Haywood S. Gilliam Jr.
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]