AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| ERNESTO VALENCIA, et al. | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., | CASE NUMBER: 3:15-cv-00887-HSG |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Plaintiffs Lorenzo Savage and Michelle Savage__ substitutes
(Party(s) Name)

__Thomas V. Girardi__, State Bar No. __36603__ as counsel of record in
(Name of New Attorney)

place of __Robert Kenneth Friedl__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Girardi | Keese
Address: 1126 Wilshire Blvd. Los Angeles, CA 90017
Telephone: (213) 977-0211          Facsimile (213) 481-1554
E-Mail (Optional): tgirardi@girardikeese.com

I consent to the above substitution.
Date: 12/7/16
(Signature of Party(s))

I consent to being substituted.
Date: 12/7/16
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/7/16
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/9/2016
Haywood S. Gill Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]