AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

ERNESTO VALENCIA, et al.
  Plaintiff(s),
v.
VOLKSWAGEN GROUP OF AMERICA, INC.,
  Defendant(s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:15-cv-00887-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiffs Lorenzo Savage and Michelle Savage__ substitutes
(Party (s) Name)

Thomas V. Girardi _____, State Bar No. 36603 _____ as counsel of record in
(Name of New Attorney)

place of __Cody Robert Padgett__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Girardi | Keese
Address:       1126 Wilshire Blvd. Los Angeles, CA 90017
Telephone:     (213) 977-0211          Facsimile   (213) 481-1554
E-Mail (Optional):  tgirardi@girardikeese.com

I consent to the above substitution.
Date: 12/7/16
                                        _____
                                        (Signature of Party (s))

I consent to being substituted.
Date: 12/7/16
                                        _____
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/7/16
                                        _____
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/9/2016                         Haywood S. Gilliam Jr.
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]