AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

ERNESTO VALENCIA, et al.
           Plaintiff (s),
    V.
VOLKSWAGEN GROUP OF AMERICA, INC.,
           Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 3:15-cv-00887-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiffs Lorenzo Savage and Michelle Savage__ substitutes
                                                                            (Party (s) Name)

__Thomas V. Girardi__, State Bar No. __36603__ as counsel of record in
(Name of New Attorney)

place of __Tarek H. Zohdy__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Girardi | Keese
Address: 1126 Wilshire Blvd, Los Angeles, CA 90017
Telephone: (213) 977-0211    Facsimile (213) 481-1554
E-Mail (Optional): tgirardi@girardikeese.com

I consent to the above substitution.
Date: 12/7/16
                                                             (Signature of Party (s))

I consent to being substituted.
Date: 12/7/16
                                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/7/16
                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/9/2016
                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]