Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

Attorneys for Plaintiffs Ernesto Valencia, Adelina Duncan,
Margarito de la Rosa, and Lenelyn de la Rosa

Fred K. Herrmann
fherrmann@kerr-russell.com
Daniel J. Ferris
fherrmann@kerr-russell.com
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
Telephone:     (313) 961-0200
Facsimile:     (313) 961-0388

Attorneys for Defendant Volkswagen Group of America, Inc.

*[Additional Counsel on Following Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTO VALENCIA, ADELINA DUNCAN, LORENZO SAVAGE, MICHELE SAVAGE, MARGARITO DE LA ROSA, AND LENELYN DE LA ROSA, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation and VOLKSWAGEN AG,<br><br>                    Defendant. | Case No.:  3:15-cv-00887-HSG<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br>**(Per Court Order, Dkt. No. 92)**<br><br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>Complaint Filed:     January 23, 2015<br>Trial Date:             None set |

JEFFER MANGELS BUTLER & MITCHELL LLP
R. SCOTT BRINK (Bar No. 138644)
SBrink@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

JEFFER MANGELS BUTLER & MITCHELL LLP
CHRISTOPHER H. DOYLE (Bar No. 190016)
chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant Volkswagen Group of America, Inc.

1    Plaintiffs Ernesto Valencia, Adelina Duncan, Margarito de la Rosa, and Lenelyn de la

2    Rosa ("Plaintiffs") and Defendant Volkswagen Group of America, Inc. ("Defendant" or "VW")

3    submit this joint report as requested by the Court following the Case Management Conference

4    held on December 13, 2016.

5    On December 14, 2016, Plaintiffs Lorenzo and Michele Savage filed a Notice of

6    Request for Dismissal With Prejudice. Dkt. 93. The Court's entry of the requested dismissal

7    remains pending. Fed. R. Civ. P. 41(a)(1)(A)(i) requires court approval of unilateral requests for

8    dismissal made after an Answer has been filed, and VW filed its Answer on August 25, 2015

9    [Dkt. 44].

10   Following dismissal of the Savages, the remaining parties will be revising their

11   settlement structure to account for the dismissal of the Savages. For clarity of the resolved

12   claims, part of the settlement structure will include a request for amendment to reinstate the

13   dismissed warranty claims, which will require the Court's approval. A reasonable time for

14   satisfaction of the settlement terms will also be required before a final dismissal can be

15   submitted.

16   The remaining Plaintiffs and VW re-affirm that they have resolved the litigation in

17   principle, and are finalizing their settlement documents addressing the above terms and the

18   impending dismissal of the Savages. The parties anticipate filing their final request for

19   dismissal no later than January 27, 2017.

20   Dated: December 16, 2016                    Respectfully submitted,

21                                               Capstone Law APC

22

23                                               By:  /s/ Jordan L. Lurie
                                                     Jordan L. Lurie
24                                                   Tarek H. Zohdy
                                                     Cody R. Padgett
25                                                   Karen L. Wallace

26                                                   Attorneys for Plaintiffs Ernesto Valencia,
                                                     Adelina Duncan, Margarito de la Rosa, and
27                                                   Lenelyn de la Rosa

28

Dated: December 16, 2016                    Kerr, Russell and Weber, PLC


                                            By:  /s/ Fred K. Herrmann
                                                 Fred K. Herrmann
                                                 Daniel J. Ferris
                                                 500 Woodward Avenue, Suite 2500
                                                 Detroit, MI 48226
                                                 Telephone: (313) 961-0200
                                                 Facsimile: 313) 961-0388
                                                 fherrmann@kerr-russell.com
                                                 dferris@kerr-russell.com
                                                 Appearance *pro hac vice*

                                                 Attorneys for Defendant Volkswagen Group of
                                                 America, Inc.


**Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the

authorization from the above signatories to file the above-referenced document, and that the

above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on December 16, 2016.


                                            By:/s/ Cody R. Padgett
                                                 Jordan L. Lurie
                                                 Capstone Law APC
                                                 1875 Century Park East, Suite 1000
                                                 Los Angeles, California 90067
                                                 Telephone:  (310) 556-4811
                                                 Facsimile:   (310) 943-0396