UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VALENCIA, et al., | Case No.  15-cv-00887-HSG |
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE** |
| VOLKSWAGEN GROUP OF AMERICA INC, et al., | Re: Dkt. No. 93 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby **GRANTS** the request of Plaintiffs Lorenzo and Michelle Savage to dismiss their claims in this action with prejudice.

**IT IS SO ORDERED.**

Dated: 12/21/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge