1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11

12

13

14

15

16

17

| | |
|---|---|
| ERNESTO VALENCIA, ADELINA DUNCAN, MARGARITO DE LA ROSA, AND LENELYN DE LA ROSA, individually, and on behalf of other members of the general public similarly situated,<br><br>                  Plaintiffs,<br><br>         v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation and VOLKSWAGEN AG,<br><br>                  Defendants. | Case No.: 3:15-cv-00887-HSG<br><br>**CLASS ACTION**<br><br>**ORDER OF DISMISSAL PURSUANT TO FED R. CIV. P. 41(A)(2)**<br><br>Place:   Courtroom 10<br>Judge: Hon. Haywood S. Gilliam Jr.<br><br><br>Complaint Filed:      January 23, 2015<br>Trial Date:              None set |

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL PER FED R. CIV. P. 41(A)(2)

CASE NO. 3:15-cv-00887-HSG

1    Having reviewed the Parties' Stipulation to Dismiss Action with Prejudice Pursuant to

2  Fed R. Civ P. 41(a)(2), and good cause appearing, the Court hereby ORDERS:

3    This litigation is hereby dismissed in its entirety, with prejudice, and without costs or

4  attorney fees awarded to any Party.

5

6    **IT IS SO ORDERED.**

7

8  Dated: <u>February 13, 2017</u>

9

10

11  By:_____
Hon. Haywood S. Gilliam, Jr.

12  United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL PER FED R. CIV. P. 41(A)(2)
CASE NO. 3:15-cv-00887-HSG