UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VALENCIA, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA INC, et al.,<br><br>            Defendants. | Case No. 15-cv-00887-HSG<br><br>**ORDER CLARIFYING ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 100 |

On February 13, 2017, the Court issued an order dismissing this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See* Dkt. No. 100. The order stated in part, "This litigation is hereby dismissed in its entirety, with prejudice . . . ." *Id.* But here, the named plaintiffs have asserted each of the five causes of action on behalf of not only themselves, but also putative class members. *See* Dkt. No. 98 ¶¶ 123, 139, 155, 163. The Court thus makes express what is necessarily true as a matter of law about the prior order of dismissal: *only* the plaintiffs' *individual* claims are dismissed with prejudice. Because no class has been certified, this dismissal ends the case. To the extent the Court has any further jurisdiction over the putative class claims, those claims are dismissed *without* prejudice. The Court reaffirms that neither costs nor attorney fees will be awarded to either party. *See* Dkt. No. 100.

**IT IS SO ORDERED.**

Dated: 2/15/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge